# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN AVLESSI,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C11-2000-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus, Dkt. No. 1, is DENIED, respondent's motion to dismiss, Dkt. No. 8, is GRANTED, and this action is DISMISSED with prejudice.

//

//

ORDER OF DISMISSAL - 1

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 26 day of <u>June</u> 2012.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2